JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATHEW PUTZI, Derivatively On Behalf of RIVIAN AUTOMOTIVE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT J. SCARINGE, KAREN BOONE, SANFORD SCHWARTZ, ROSE MARCARIO, PETER KRAWIEC, JAY FLATLEY, AND PAMELA THOMAS-GRAHAM, <br><br> Defendants, | Case No. 8-22-cv-01100-RGK-E <br><br> [PROPOSED] ORDER RE STIPULATION OF DISMISSAL WITHOUT PREJUDICE <br> [25] |

1
2          -and-

3     RIVIAN AUTOMOTIVE, INC.,

4                                    Nominal
5        Defendant.

6

7          Having considered the Joint Stipulation of Dismissal Without Prejudice filed

8     by counsel for Plaintiff and counsel for Defendants and nominal defendant Rivian

9     Automotive, Inc. (Rivian") in the action captioned above *Putzi v. Scaringe, et al.*,

10    Case No. 8-22-cv-01100-RGK-E (the "Derivative Action") and the pleadings and

11    documents on file, and

12         WHEREAS, on August 5, 2022, the Defendants filed a motion to dismiss

13    which asserted, among other things, that this was not the proper forum for this

14    action;

15         WHEREAS, the Parties have further met and conferred as to the forum issue

16    and Plaintiff now wishes to voluntarily dismiss this Derivative Action and

17    Defendants agree to such dismissal on the terms listed below; and

18         WHEREAS, the Parties respectfully submit that contemporaneous notice to

19    shareholders concerning the dismissal is unnecessary to protect the interests of

20    Rivian Automotive, Inc., or its shareholders for the following reasons: (i) Plaintiff

21    seeks dismissal without prejudice; (ii) there has been no settlement or compromise

22    between the Parties nor attempts to seek such; (iii) there has been no collusion

23    among the Parties; (iv) neither Plaintiff nor his counsel has received nor will

24    receive any consideration from Defendants for the dismissal; and (v) there is

25    pending in the United States District Court for the District of Delaware another

26    derivative action which raises similar claims as the instant action captioned

27    *Wolfson v. Scaringe, et al.*, Case Number 1:22-cv-00607, wherein the Nominal

28    Defendant and its shareholders seek to obtain similar relief as requested herein;

1   NOW, THEREFORE, GOOD CAUSE HAVING BEEN SHOWN, IT IS
2   HEREBY ORDERED:

3   1.   Pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil
4   Procedure, this Derivative Action is dismissed without prejudice (a) to Plaintiff's
5   making of a demand on Rivian's Board or (b) to the refiling of this action in the
6   Court of Chancery of the State of Delaware.

7   2.   Plaintiff and Defendants shall each bear their owns costs and
8   attorneys' fees incurred in this Derivative Action.

9   3.   For the reasons stated above, notice of this dismissal to shareholders is
10  not required.

11

12  IT IS SO ORDERED.

13

14  DATED: 8/12/2022

15  THE HONORABLE R. GARY KLAUSNER
    UNITED STATES DISTRICT JUDGE